UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 13-2067 MK |
| | ) | |
| v. | ) | NO. _____ |
| | ) | JUDGE KNOWLES |
| ALEKSANDRU STANCIU | ) | |

ORDER

The Complaint and supporting affidavit are hereby placed under seal, except that a copy of the Complaint and supporting affidavit may be provided to the defendant and his counsel following the arrest of the defendant.

So ORDERED this 28th day of June, 2013.

_____
E. CLIFTON KNOWLES
U. S. MAGISTRATE JUDGE